5-23-07

MR. Dalleo:

I was unable to get my memorandum of law in support of my habeas corpus and my appendix to my memorandum of law stapled. Please staple them for me. Also, will you please send me a docket sheet or letter letting me know that you've received my habeas corpus motion. Thank you

John Folks #126234

*[signature: John Folks]*

07-334



FILED
MAY 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: John Folks
SBI# 126234   UNIT MhU-21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

MR. Peter T. Dalleo - Clerk of the court
U.S. District Court of Delaware
844 North King Street, Lockbox 18
Wilmington, Delaware
19801

U.S.M.S. X-RAY

UNITED STATES POSTAGE
$04.60°
MAY 24 2007
MAILED FROM ZIP CODE 19977