Civil Docket for Case #: 1:07-cv-00334-UNA

MR. Peter T. Dalleo
      or
To Whom it May Concern:                                    6-5-07

    On 5-25-07, your court received and filed my petition for Writ of Habeas Corpus, my memorandum of law in support of my writ of Habeas corpus and my appendix to my memorandum, but failed to file my motion for forma pauperis (or proceed without fee) and my motion for appointment of counsel. I ask that you please find these two motions attached to my Habeas Corpus motion and docket them motions on my docket sheet. I also ask that you send me a copy of my docket sheet acknowledging those two motions and acknowledging that you've received this letter.

                                                    Thank you
                                                  John Falks

07cv334 xxx

FILED
JUN 12 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE