OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

June 13, 2007

TO: John Folks  
    SBI #126234  
    DCC

**RE: Response to Your Letter dated June 5, 2007, CA 07-334\*\*\***

Dear Mr. Folks:

    A letter has been received by the Clerk's Office, asking for a docket correction and copy of the corrected docket.

    Your Application to Proceed Without Prepayment of Fees (In Forma Pauperis) and Motion for Appointment of Counsel were inadvertently scanned for docketing as one document. Both your pauperis application and motion for counsel have now been docketed separately. A copy of the current docket sheet is enclosed per your request.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                  Sincerely,

/  
                                  PETER T. DALLEO  
                                  CLERK

cc: CA 07-334 \*\*\*  
    MLG  
enc: Docket Sheet