IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN FOLKS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-334-*** |
| | ) |
| THOMAS CARROLL, | ) |
| Warden, and ATTORNEY | ) |
| GENERAL OF THE STATE | ) |
| OF DELAWARE, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this _____ day of June, 2007;

IT IS ORDERED that:

Based on the statements contained in his application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, petitioner John Folks' motion to proceed *in forma pauperis* is **GRANTED**. (D.I. 8)

Honorable Mary Pat Thynge
U.S. Magistrate Judge