6-27-07

MR. DALLEO or whom it may concern:

Enclosed with this letter is the AEDPA ELECTION FORM you sent me and a motion to Amend my memorandum of Law, along with an exhibit, exhibit-X. If my amended motion is accepted; will you please place my arguments in their proper places and/or pages in my memorandum of Law and please make sure that the U.S. Magistrate Judge; THE HONORABLE Mary Pat Thynge gets to see and read my amended motion before she makes her decision?

MR. DALLEO, will you please send me a copy of my docket sheet acknowledging that you've received this letter, along with my motion to Amend and the AEDPA ELECTION form? Can you also please let me know if my motion to Amend my memorandum is approved or not? There's a serious problem with the mailing system here; so please let me know that you've received this letter.

Thank you

John Ralka

07cv334 ***

RGSen

I/M: John Folks
SBI# 126234   UNIT MWW-21-C-L-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

(LEGAL MAIL)

OFFICE OF THE CLERK - C/O MR. PETER T. DALLEO
U.S. DISTRICT COURT, DISTRICT OF DELAWARE
844 NORTH KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE
19801