

# United States District Court
## For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 07cv334 ~~JJF~~

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ □ Agent □ Addressee <br> B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to: <br><br> DEPUTY ATTORNEY GENERAL <br> DEPARTMENT OF JUSTICE <br> 820 N. FRENCH STREET <br> WILMINGTON DE 19801 | D. Is delivery address different from item 1? □ Yes <br> If YES, enter delivery address below: □ No <br><br> JUL 13 2007  WILMINGTON DE 19801 <br><br> 3. Service Type <br> ☒ Certified Mail   □ Express Mail <br> □ Registered    □ Return Receipt for Merchandise <br> □ Insured Mail   □ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*    □ Yes |
| 2. Article Number <br> *(Transfer from service label)*    7003 1680 0002 2585 9318 | |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540