CA07-334 *** 8-29-07

MR. DALLEO:

Enclosed with this letter is a motion for default. Will you please send me a copy of my court docket sheet, acknowledging that you've received this letter, along with my motion for default.

Thank you

John Falls

