OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

September 4, 2007

TO:

John Folks
SBI# 126234
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

          **RE:  Receipt of Motion for Default**
          <u>Folks v. Carroll, et al.</u>, CA 07-334 \*\*\*

Dear Mr. Folks:

      A letter requesting acknowledgment of receipt of your Motion for Default has been received by this office.  Please be advised that it is not the policy of this office to acknowledge receipt of pleadings or papers filed with the Court.  In the future, **no further** acknowledgments of receipt or clocked in copies will be made or forwarded to you unless a **self-addressed stamped envelope is provided** along with a copy of your document.

      Please note that 28 U.S.C. §1915 applies to the filing fees in a case and establishes a fee of fifty cents ($.50) per page for copywork, <u>this includes Docket Sheets</u>.

      Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rwc                                    PETER T. DALLEO
                                          CLERK

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

September 4, 2007

TO:

John Folks
SBI# 126234
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

           **RE:  Receipt of Motion for Default**
           <u>Folks v. Carroll, et al.</u>, CA 07-334 \*\*\*

Dear Mr. Folks:

     A letter requesting acknowledgment of receipt of your Motion for Default has been received by this office.  Please be advised that it is not the policy of this office to acknowledge receipt of pleadings or papers filed with the Court.  In the future, **no further** acknowledgments of receipt or clocked in copies will be made or forwarded to you unless a **self-addressed stamped envelope is provided** along with a copy of your document.

     Please note that 28 U.S.C. §1915 applies to the filing fees in a case and establishes a fee of fifty cents ($.50)  per page for copywork, <u>this includes Docket Sheets</u>.

     Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                               Sincerely,

/rwc                                            PETER T. DALLEO
                                                  CLERK