CA 07-334 ×××          10-14-07

MR. DALLEO:

 Enclosed with this letter is a motion to default, which is my second motion to default against the state.

 MR. DALLEO, on or about 8-29-07, I filed a motion to default and on or about 9-30-07, I filed another motion to amend my memorandum of Law. I have not received a response from either of those motion, in fact the last time I received mail from your court was on or about 8-28-07. MR. DALLEO, I am indigent, which is why I filed and applied for a forma Pauperis. I don't have money or stamped envelopes to pay for copies of my court docket sheet. How am I suppose to know if you've received my mail or what decisions was made on my motions; if I don't get a copy of my court docket sheet? Either you're just not sending me the decisions made on my motions or you're not getting my motions. This prison has a tendency to tamper with inmates mail and not ever send out our mail. how else am I to know that you received my mail? without me getting a docket sheet? I need to know that you've received my mail and I need to know what's on my docket sheet, for my record!; and I don't have money to pay for it. Will you please send me a copy of my docket sheet; so that I may know what's on my files?

      Thank you

I/M John Folks

SBI# 126234 UNIT MHU-21, C-L-10

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE

PITNEY BOWES

$ 00.410

02 1P       0002386401   OCT 15  2007
MAILED FROM ZIP CODE 19977

MR. PETER T. DALLEO, Clerk of THE COURT

UNITED STATES DISTRICT COURT OF DELAWARE

844 N. KING STREET, LOCKBOX 18

WILMINGTON, DELAWARE

19801

19801335:9 CC12