OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 17, 2007

TO:

**John Folks**
SBI# 126234
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Letter and Motion Received 10/16/07**
   CA 07-334 *** <u>Folks v. Carrol, et al</u>

Dear Mr. Folks:

   This office received a letter from you requesting the status of your case. Your case is pending before the Court. You will be advised by the Court as to further developments in your case.

   Also, the documents you submitted for filing do <u>not</u> conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(a) & 5.3.

   In order for your documents to be acceptable for filing, *you must serve a copy upon all other counsel of record*. Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

   A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

                              Sincerely,

/rc                           PETER T. DALLEO
                              CLERK

cc:  The Honorable Mary Pat Thynge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

October 17, 2007

TO:

**John Folks**
SBI# 126234
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  Letter and Motion Received 10/16/07**
        CA 07-334 *** <u>Folks v. Carrol, et al</u>

Dear Mr. Folks:

    This office received a letter from you requesting the status of your case. Your case is pending before the Court. You will be advised by the Court as to further developments in your case.

    Also, the documents you submitted for filing do <u>not</u> conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(a) & 5.3.

    In order for your documents to be acceptable for filing, ***you must serve a copy upon all other counsel of record***. Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

    A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

                                Sincerely,

/rc                                     PETER T. DALLEO
                                        CLERK

cc:  The Honorable Mary Pat Thynge