IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOHN FOLKS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-334-*** |
| ) | |
| **PERRY PHELPS,** Warden[1] ) | |
| and **JOSEPH R. BIDEN, III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Superior Court Criminal Docket ID#0306015047A

b. Appellant's Opening Brief and Appendix (291, 2004)

c. State's Answering Brief and Appendix (291, 2004)

d. April 25, 2005 Order (291, 2004)

e. Appellant's Opening Brief under Rule 26(c) (311, 2005)

f. State's Response (311, 2005)

g. January 26, 2006 Order (311, 2005)

h. Appellant's Opening Brief and Appendix (563, 2006)

i. State's Answering Brief and Appendix (563, 2006)

j. Appellant's Reply brief (563, 2006)

k. February 26, 2007 Order (563, 2006)

---

[1] Warden Phelps officially took office on January 7, 2008

1

|  |  |
|---|---|
|  | <u>/s/ James T. Wakley</u><br>Deputy Attorney General<br>Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 577-8500 |
| DATE: January 11, 2008 | Del. Bar. ID No. 4612 |

CERTIFICATE OF SERVICE

      I hereby certify that on January 11, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF. I also certify that on January 14, 2008 I will manually file the state court records referenced therein and mail, by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

John Folks
SBI # 00126234
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                        /s/ James T. Wakley
                                        Deputy Attorney General
                                        Department of Justice
                                        820 N. French Street
                                        Wilmington, DE 19801
                                        (302) 577-8500
                                        Del. Bar. ID No. 4612

DATE: January 11, 2008