IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN FOLKS, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 07-334-JJF |
| PERRY PHELPS, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
| Respondents.[1] | : |

**O R D E R**[2]

Petitioner John Folks has filed two motions for default judgment. (D.I. 23; D.I. 28)  The State timely filed its Answer on October 24, 2007.  See (D.I. 30.); see also (D.I. 21; D.I. 26.)  Therefore, Petitioner's Motions are **DENIED** as moot.  (D.I. 23; D.I. 28.)

February 5, 2008
DATE

_____
United States District Judge

---

[1] Warden Perry Phelps assumed office in January 2008, replacing former warden Thomas Carroll, an original party to this case.  See Fed. R. Civ. P. 25(d)(1).

[2] This case was originally assigned to the Vacant Judgeship, and reassigned to the undersigned on February 1, 2008.