4-23-08

MR. Dalleo;

07-334

I am writing to you in reference to my case; Case Number- C.A 07-334

Its been some time now that I've heard anything from your court and is writing

to know if a decision was made in your court concerning my case. I am not

trying to rush the court into making a decision, but is trying to find out

if a decision was made, but I just didn't receive it. Can you let me

know if a decision was made? Also, can you send me a copy of my

court docket sheet; letting me know everything that took place in my

case from beginning to now? Thank you.

Sincerely, John Falls



FILED

APR 25 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
So scanned

I/M John Folks

SBI# 136234    UNIT Mhu-21

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE  19977

MR. Peter T. Dalleo - Clerk of the Court

UNITED STATES DISTRICT COURT - DELAWARE

Lock Box 18, 844 KING STREET

U.S. COURT HOUSE

Wilmington, Del.  19801

( LEGAL MAIL )

UNITED STATES POSTAGE

PITNEY BOWES

$ 00.41°

APR 24 2008

02 1A
0004608975
MAILED FROM ZIP CODE 19977